IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| STUPKE, et al. | : | 02-4493 |
| SANDS, et al. | : | 02-4509 |
| TRENT, set al. | : | 02-4541 |
| AVILA, et al. | : | 02-4790 |
| BAINES | : | 02-4795 |
| ARVIZU | : | 02-4807 |
| ALLEN | : | 02-4812 |
| ANDERSON, et al. | : | 02-4891 |
| BINGEL | : | 02-4898 |
| BEHREND, et al. | : | 02-4926 |
| BRAMLETTE | : | 02-4932 |
| BERNARD | : | 02-4952 |
| GARVEY, et al. | : | 02-4976 |
| ESPINOZA, et al. | : | 02-5002 |
| GILMORE, et al. | : | 02-5031 |
| HALE, et al. | : | 02-5040 |
| HILLMAN | : | 02-5046 |
| ESTRADA, et al. | : | 02-5082 |
| FRANCIS, et al. | : | 02-5106 |
| FRYE, et al. | : | 02-5109 |
| GRIFFEN | : | 02-5137 |
| VILLEGAS, et al. | : | 02-5182 |
| WILSON | : | 02-5191 |
| WACHTER | : | 02-5202 |
| HODSON | : | 02-5228 |
| TURNER | : | 02-5232 |
| LARA, et al. | : | 02-5257 |
| YOUNGQUIST, et al. | : | 02-5273 |
| CHAVEZ, et al. | : | 02-5296 |
| CHAFFE | : | 02-5337 |
| GRIFFIN | : | 02-5365 |
| TATILIAN | : | 02-5375 |
| MCKEE | : | 02-5401 |
| MCVEIGH | : | 02-5405 |
| SIMON | : | 02-5428 |
| SLINKER | : | 02-5429 |
| LYLE, SR., et al. | : | 02-5478 |
| JONES | : | 02-5516 |
| HOLGADO, et al. | : | 02-5589 |
| CERATO, et al. | : | 02-5596 |

|  | : |
| --- | --- |
| VS. | : |
|  | : |
| BAYER CORPORATION, *et al.* | : |

## O R D E R

**AND NOW,** this         day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]   -   Order staying these proceedings pending disposition of a related action.

[     ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[     ]   -   Interlocutory appeal filed.

[  X  ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Stewart Dalzell, S.J.**